STATE OF CONNECTICUT *v.*
MANUEL A. SANDOVAL
(AC 32984)

Lavine, Alvord and Espinosa, Js.

Argued February 14—officially released March 6, 2012

Per Curiam. The judgment is affirmed.

JAMAL JENKINS *v.* COMMISSIONER
OF CORRECTION
(AC 32206)

Gruendel, Lavine and Bear, Js.

Argued February 9—officially released March 6, 2012

Per Curiam. The appeal is dismissed.

JAMES A. HARNAGE ET AL. *v.*
BRIAN K. MURPHY ET AL.
(AC 33617)

Gruendel, Robinson and Borden, Js.

Argued February 16—officially released March 6, 2012

Per Curiam. The judgment is affirmed.